FILED

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

NOV 16 2007

CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CR. NO. 2:07cr286-MHT |
| v. | ) | [18 USC 922(g)(3); |
| JOSEPH S. HOLCOMB | ) | 21 USC 844(a)] |
| | ) | |
| | ) | INDICTMENT |

The Grand Jury charges:

## COUNT 1

On or about June 1, 2007, in Lowndes County, within the Middle District of Alabama,

JOSEPH S. HOLCOMB,

defendant herein, then being an unlawful user of, or addicted to, a controlled substance as defined in Title 21, United States Code, Section 802, did knowingly possess in and affecting commerce, a firearm, to-wit: a Henry Repeating Arms, Model .22 Magnum, .22 caliber rifle, a better description of which is unknown to the grand jury, in violation of Title 18, United States Code, Section 922(g)(3).

## COUNT 2

On or about June 1, 2007, in Lowndes County, within the Middle District of Alabama,

JOSEPH S. HOLCOMB,

defendant herein, did knowingly possess marijuana, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 844(a).

## FORFEITURE ALLEGATION

A. Counts 1 and 2 of this indictment are hereby repeated and incorporated herein by reference.

B. Upon conviction for the violation of Title 18, United States Code, Section 922(g)(3), as alleged in Count 1 of this indictment the defendant,

JOSEPH S. HOLCOMB,

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924, and Title 28, United States Code, Section 2461(c), all firearms involved in the commission of this offense, including but not limited to the following:

> A Henry Repeating Arms, Model .22 Magnum, .22 caliber rifle, a better description of which is unknown to the grand jury.

C. If any of the property described in this forfeiture allegation, as a result of any act OR omission of the defendant:

(1) cannot be located upon the exercise of due diligence;

(2) has been transferred, sold to, or deposited with a third person;

(3) has been placed beyond the jurisdiction of the court;

(4) has been substantially diminished in value; or,

(5) has been commingled with other property which cannot be divided without difficulty; the United States, pursuant to Title 21, United States Code, Section 853, as incorporated by Title 28, United States Code, Section 2461(c), intends to seek an order of this Court forfeiting any other property of said defendant up to the value of the property described above, all in violation of Title 18, United States Code, Section 922(g)(3).

                                        A TRUE BILL:

                                        _____
                                        Foreperson

_____
LEURA G. CANARY
UNITED STATES ATTORNEY

_____
John T. Harmon
Assistant United States Attorney

_____
Matthew W. Shepherd
Assistant United States Attorney