IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO.:2:07 cr 286 MHT - CSC |
| | ) | |
| JOSEPH SCOTT HOLCOMB | ) | |

## MOTION TO PERMIT LATE FILING

NOW COMES the Defendant, **JOSEPH SCOTT HOLCOMB**, by counsel, and respectfully requests permission to file the simultaneously filed Motion to Suppress.

In support of said Motion, counsel would show that the Arraignment Order set the due date for such motions for January 9, 2008. However, counsel was in court from 9:00 a.m. until 3:30 p.m. on that date and was unable to complete all pending motions.

Wherefore, counsel requests this Motion be granted.

Respectfully submitted,

s/Christine A. Freeman
**CHRISTINE A. FREEMAN**
**TN BAR NO.: 11892**
Federal Defenders
Middle District of Alabama
201 Monroe Street, Suite 407
Montgomery, AL 36104
TEL: (334) 834-2099
FAX: (334) 834-0353
E-Mail: Christine_Freeman@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on January 10, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: Matthew Shepherd, Assistant United States Attorney, 131 Clayton Street, Montgomery, AL.

                                                s/Christine A. Freeman
                                                **CHRISTINE A. FREEMAN**
**TN BAR NO.: 11892**
Federal Defenders
Middle District of Alabama
201 Monroe Street, Suite 407
Montgomery, AL 36104
TEL: (334) 834-2099
FAX: (334) 834-0353
E-Mail: Christine_Freeman@fd.org