IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CR. NO. 2:07cr286-MHT |
| | ) | |
| JOSEPH SCOTT HOLCOMB | ) | |

**ORDER**

Upon consideration of the motion to file the defendant's motion to suppress out of time (doc. # 12), it is

ORDERED that the motion be and is hereby GRANTED.

Done this 11th day of January, 2008.

       /s/Charles S. Coody
       CHARLES S. COODY
       CHIEF UNITED STATES MAGISTRATE JUDGE