IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| V. | ) CASE NO: 2:07-cr 286 MHT - CSC ) |
| JOSEPH HOLCOMB | |

**UNOPPOSED MOTION TO CONTINUE TRIAL**

**NOW COMES** the Defendant, by and through undersigned counsel, Christine A. Freeman and pursuant to 18 U.S.C. § 3161 (h) respectfully moves this Court to move this matter for trial from the March 17, 2008 trial docket.

In support of this Motion, defendant would show:

1. The government does not oppose this motion.

2. On January 10, 2008, the Defendant Filed a Motion to Suppress. (Doc. #11) Based on the original Order on Arraignment, entered on December 6, 2007, this Court set the Government's response as due to be filed "on or before five days prior to the date set for a hearing on the motion." (Doc. #9)

3. A hearing on these motions has not been set. The Defendant intends to file a response to "Government Response to Motion to Suppress."

4. The Defendant requests that this Court continue the case to the next available felony trial term, to afford the Defendant adequate time to prepare his response and to permit an opportunity for a full evidentiary hearing on this matter.

5. Further, a continuance of this case will afford this Court time for a full review of the pleadings, evidence, and arguments presented prior to the setting of a hearing on the motions.

6.	Granting a continuance in this case will also serve the interests of justice and best serve this Court's judicial function.

**WHEREFORE**, Defendant respectfully requests that this Motion be granted.

Respectfully submitted,

<u>s/Christine A. Freeman</u>
**Christine A. Freeman**
**TN BAR NO.: 11892**
Attorney for Defendant
Federal Defenders
Middle District of Alabama
201 Monroe Street, Suite 407
Montgomery, AL 36104
TEL: (334) 834-2099
FAX: (334) 834-0353
E-Mail:
christine_freeman@fd.org

**CERTIFICATE OF SERVICE**

      I hereby certify that on January 11, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Matthew Shepherd  
Assistant U.S. Attorney One  
Court Street, Suite 201  
Montgomery, AL 36104

**s/Christine A. Freeman**  
**Christine A. Freeman**  
**TN BAR NO.: 11892**  
Attorney for Defendant  
Federal Defenders  
Middle District of Alabama  
201 Monroe Street, Suite 407  
Montgomery, AL 36104  
TEL: (334) 834-2099  
FAX: (334) 834-0353  
E-Mail:  
christine_freeman@fd.org