IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 2:07cr286-MHT |
| JOSEPH HOLCOMB | ) | |

### ORDER

The magistrate judge having orally informed the court that the pending suppression motion can be resolved prior to the current March 17 trial date, it is ORDERED that defendant Joseph Holcomb's motion to continue trial (Doc. No. 14) is denied.

DONE, this the 14th day of January, 2008.

　　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE