IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **V.** ) | **CASE NO: 2:07-CR-286-MHT** |
| ) | |
| **JOSEPH S. HOLCOMB** ) | |

### NOTICE OF APPEARANCE

**COMES NOW** the undersigned counsel, Aylia McKee, and enters her appearance on behalf of Defendant, **JOSEPH S. HOLCOMB,** in the above-styled matter.

Dated this 14th day of January, 2008.

    Respectfully submitted,

    s/ Aylia McKee
    AYLIA MCKEE
    Assistant Federal Defender
    201 Monroe Street, Suite 407
    Montgomery, Alabama 36104
    Phone: (334) 834-2099
    Fax: (334) 834-0353
    E-mail: aylia_mckee@fd.org
    ASB-6178-A39M

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **V.** | ) | **CASE NO: 2:07-CR-286-MHT** |
| | ) | |
| **JOSEPH S. HOLCOMB** | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on January 14, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: Matthew Shepherd, Esquire, Assistant United States Attorney.

Respectfully submitted,

s/ Aylia McKee
AYLIA MCKEE
Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: aylia_mckee@fd.org
ASB-6178-A39M