# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| vs.  ) | Case No. **2:07CR-286-MHT** |
| ) | |
| **JOSEPH S. HOLCOMB** ) | |

## PRETRIAL CONFERENCE ORDER

A pretrial conference was held on January 11, 2008 before the undersigned Magistrate Judge. Present at this conference was the Honorable Christine Freeman, counsel for the defendant, and Assistant United States Attorney Matthew Shepherd, counsel for the government. As a result of the conference, it is

**ORDERED** as follows:

1. Jury selection is set for **March 17, 2008**. The trial of this case is set for the trial term commencing on **March 17, 2008** before **United States District Judge Myron H. Thompson** and is expected to last two (2) trial days.

2. The following motion is currently pending: Defendant's Motion to Suppress (doc. #11). An evidentiary hearing on the motion is hereby set for **February 19, 2008 at 10:00 a.m.** in Courtroom 4B, United States Courthouse Complex, One Church Street, Montgomery, Alabama.

3. Proposed voir dire questions shall be filed on or before **March 10, 2008.** Counsel should not include questions seeking information which is provided in the jury questionnaire.

4.  All Motions in Limine shall be filed on or before **March 10, 2008**. Motions in Limine must be accompanied by a brief. Failure to file a brief will result in denial of the motion.

5.  Proposed jury instructions shall be filed on or before **March 10, 2008.**

6.  The court will not consider a plea pursuant to Rule 11(c) (1)(A) or (C) unless notice is filed on or before **noon** on **February 27, 2008.** The government and defendant are informed that if a defendant waits until the last minute to enter a plea, and if that plea, for whatever reason, is not accepted by the court, the defendant and the government will be expected to be prepared to go to trial on **March 17, 2008.** The court will not continue the trial of this case as to any defendant because a defendant's plea was not accepted. In other words, the defendant and the government should not wait until the last minute for a defendant to enter a guilty plea, and both the defendant and the government should all be ready to go to trial on **March 17, 2008**, as to all defendants, even though a particular guilty plea was not accepted by the court.

Done this 14th day of January, 2008.

　　　　　　　　　　　　　　　　/s/Charles S. Coody
　　　　　　　　　　　　　　　　CHARLES S. COODY
　　　　　　　　　　　　　　　　CHIEF UNITED STATES MAGISTRATE JUDGE