IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | CASE NO: 2:07-CR-286-MHT |
| | ) | |
| JOSEPH S. HOLCOMB | ) | |

**UNOPPOSED MOTION TO EXTEND PLEA DEADLINE**

**COMES NOW** the Defendant, Joseph S. Holcomb, by undersigned counsel, and respectfully requests an extension of the plea deadline under F.R.Cr.P. 11(c)(1)(C), from February 28, 2008. In support of this Motion, the Defendant would show:

1.  On February 22, 2008, undersigned counsel filed a Supplemental Motion (Doc. # 23) to the Motion to Suppress (Doc. # 11) filed on Mr. Holcomb's behalf on January 10, 2008. The Supplemental Motion raised additional grounds in support of Mr. Holcomb's Motion to Suppress.

2.  On February 25, 2008, counsel for the government filed a response and brief in opposition (Doc. # 25, 26) to Mr. Holcomb's Supplemental Motion.

3.  To date, this Court has not entered an order ruling on those motions.

4.  Defense counsel and government counsel are engaged in good faith negotiations to resolve this matter pursuant to a plea agreement. However, counsel has been unable to complete the negotiations by the plea deadline. Furthermore, this Court's ruling on the suppression issues pending in this case may effect plea negotiations.

5.  Granting an extension of the plea deadline will allow counsel to preserve the ability to continue to negotiate a F.R.Cr.P. 11(c)(1)(C) or F.R.Cr.P. 11(c)(1)(A) plea in this case.

6.  Government counsel does not oppose this motion.

**WHEREFORE,** Defendant respectfully requests that this Motion be granted.

                                  Respectfully submitted,

                                  <u>**s/Christine A. Freeman**</u>
                                  **CHRISTINE A. FREEMAN**
                                  **TN BAR NO.: 11892**
                                  Attorney for Defendant
                                  Federal Defenders
                                  Middle District of Alabama
                                  201 Monroe Street, Suite 407
                                  Montgomery, AL 36104
                                  TEL:  (334) 834-2099
                                  FAX:  (334) 834-0353
                                  E-Mail: Christine_Freeman@fd.org

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| V. | ) | **CASE NO: 2:07-CR-286-MHT** |
| | ) | |
| **JOSEPH S. HOLCOMB** | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on February 27, 2008, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Matthew Shepherd, Esquire
Assistant United States Attorney
131 Clayton Street
Montgomery, Alabama, 36104

<pre>                                        s/Christine A. Freeman
                                        **CHRISTINE A. FREEMAN**
                                        **TN BAR NO.: 11892**
                                        Attorney for Defendant
                                        Federal Defenders
                                        Middle District of Alabama
                                        201 Monroe Street, Suite 407
                                        Montgomery, AL 36104
                                        TEL:  (334) 834-2099
                                        FAX:  (334) 834-0353
                                        E-Mail: Christine_Freeman@fd.org</pre>