IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | CASE NO: 2:07-CR-286-MHT |
| | ) | |
| JOSEPH S. HOLCOMB | ) | |

**UNOPPOSED MOTION TO CONTINUE TRIAL**

**NOW COMES** the Defendant, by and through undersigned counsel, Christine A. Freeman and pursuant to 18 U.S.C. § 3161 (h) respectfully moves this Court to move this matter for trial from the March 17, 2008 trial docket. In support of this Motion, Defendant would show:

1.     On February 22, 2008, undersigned counsel filed a Supplemental Motion (Doc. # 23) to the Motion to Suppress (Doc. # 11) filed on Mr. Holcomb's behalf on January 10, 2008. The Supplemental Motion raised additional grounds in support of Mr. Holcomb's Motion to Suppress.

2.     On February 25, 2008, counsel for the government filed a Response and Brief in Opposition (Doc. # 25, 26) to Mr. Holcomb's Supplemental Motion.

3.     To date, this Court has not entered an order ruling on those motions.

4.     Defense counsel and government counsel are engaged in good faith negotiations to resolve this matter pursuant to a plea agreement. However, counsel has been unable to complete the negotiations by the plea deadline. This Court's ruling on the pending suppression issues in this case may effect plea negotiations.

5.     Granting a continuance will allow counsel to preserve the ability to negotiate a F.R.Cr.P. 11(c)(1)(C) or F.R.Cr.P. 11(c)(1)(A) plea in this case.

6.     Granting an extension of the plea deadline in this case will further serve the interests of justice and best serve this Court's judicial function by affording this Court time for a full review

of the pleadings, evidence, and arguments presented in the pending suppression motions.

      7.      Government counsel does not oppose this motion.

**WHEREFORE,** Defendant respectfully requests that this Motion be granted.

    Respectfully submitted,
**s/Christine A. Freeman**
**CHRISTINE A. FREEMAN**
**TN BAR NO.: 11892**
Attorney for Defendant
Federal Defenders
Middle District of Alabama
201 Monroe Street, Suite 407
Montgomery, AL 36104
TEL:   (334) 834-2099
FAX:   (334) 834-0353
E-Mail: Christine_Freeman@fd.org

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| **V.** | )   CASE NO: 2:07-CR-286-MHT |
| | ) |
| **JOSEPH S. HOLCOMB** | ) |

**CERTIFICATE OF SERVICE**

I hereby certify that on February 27, 2008, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Matthew Shepherd, Esquire
Assistant United States Attorney
131 Clayton Street
Montgomery, Alabama, 36104

s/Christine A. Freeman
**CHRISTINE A. FREEMAN**
**TN BAR NO.: 11892**
Attorney for Defendant
Federal Defenders
Middle District of Alabama
201 Monroe Street, Suite 407
Montgomery, AL 36104
TEL:  (334) 834-2099
FAX:  (334) 834-0353
E-Mail:Christine_Freeman@fd.org