IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | Case No. 2:07CR-286-MHT |
| | ) | |
| JOSEPH S. HOLCOMB | ) | |

**ORDER**

Now pending before the court is the defendant's motion to extend the plea deadline (doc. # 28) filed on February 27, 2008. On February 29, 2008, the court set the pretrial conference for April 9, 2008, and adjusted all applicable deadlines. Accordingly, upon consideration of the motion, and for good cause, it is

**ORDERED** that the motion to extend the plea deadline (doc. # 28) be and is hereby DENIED as moot.

Done this 4th day of March, 2008.

　　　　　　　　　　　　　　/s/Charles S. Coody
　　　　　　　　　　　　　　CHARLES S. COODY
　　　　　　　　　　　　　　CHIEF UNITED STATES MAGISTRATE JUDGE