IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


UNITED STATES OF AMERICA       )
                               )
        v.                     )    CRIMINAL ACTION NO.
                               )      2:07cr286-MHT
JOSEPH HOLCOMB                  )

<u>ORDER</u>

It is ORDERED that the government's motion to substitute counsel (Doc. No. 33) is granted.

DONE, this the 26th day of March, 2008.


    /s/ Myron H. Thompson    
UNITED STATES DISTRICT JUDGE