IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | Case No. 2:07cr286-MHT |
| | ) | |
| JOSEPH S. HOLCOMB | ) | |

**ORDER**

Now pending before the court is the defendant's motion to supplement the pending motion to suppress (doc. # 23) filed on February 21, 2008. On April 28, 2008, the court entered a Report and Recommendation recommending that the motion to suppress, as supplemented, be denied. *See* Doc. # 36 at 1, fn. 1 & 2. Accordingly, upon consideration of the motion, and for good cause, it is

**ORDERED** that the motion to supplement (doc. # 23) be and is hereby DENIED as moot.

Done this 9th day of May, 2008.

      /s/Charles S. Coody
CHARLES S. COODY
UNITED STATES MAGISTRATE JUDGE