IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **V.** | ) | **CASE NO: 2:07-CR-286-MHT** |
| | ) | |
| **JOSEPH S. HOLCOMB** | | |

**NOTICE**

Comes the Defendant, by counsel, and respectfully gives notice that he hereby withdraws his Motion to Suppress, previously filed in this matter on January 10, 2008 (doc. #11).

Respectfully submitted,

**s/Christine A. Freeman**
**CHRISTINE A. FREEMAN**
**TN BAR NO.: 11892**
Federal Defenders
Middle District of Alabama
201 Monroe Street, Suite 407
Montgomery, AL 36104
TEL: (334) 834-2099
FAX: (334) 834-0353
E-Mail: Christine_Freeman@fd.org

1

## CERTIFICATE OF SERVICE

     I hereby certify that on May 22, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: Matthew Shepherd, Esq., Assistant United States Attorney, 131 Clayton Street, Montgomery, AL 36104.

                                      **s/Christine A. Freeman**
                                      **CHRISTINE A. FREEMAN**
                                      **TN BAR NO.: 11892**
                                      Federal Defenders
                                      Middle District of Alabama
                                      201 Monroe Street, Suite 407
                                      Montgomery, AL 36104
                                      TEL:  (334) 834-2099
                                      FAX:  (334) 834-0353
                                      E-Mail: Christine_Freeman@fd.org