IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


UNITED STATES OF AMERICA     )
                             )
         v.                  )     CRIMINAL ACTION NO.
                             )       2:07cr286-MHT
JOSEPH SCOTT HOLCOMB         )

<u>ORDER</u>

It is ORDERED as follows:

(1) Defendant Joseph Scott Holcomb's notice (doc.
    no. 46) is treated as a motion to withdraw and
    said motion is granted.

(2) Defendant Holcomb's motion to suppress (doc. no.
    11) is withdrawn.

(3) The magistrate judge's recommendation (doc. no.
    36) is also withdrawn as moot.

DONE, this the 23rd day of May, 2008.


       /s/ Myron H. Thompson
    UNITED STATES DISTRICT JUDGE