**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:07cr286-MHT |
| | ) | (WO) |
| JOSEPH SCOTT HOLCOMB | ) | |

**FINAL ORDER OF FORFEITURE**

WHEREAS, on May 21, 2008, this Court entered a Preliminary Order of Forfeiture (Doc. #45), forfeiting the following property to the United States:

> a Henry Repeating Arms, Model .22 Magnum, .22 caliber rifle, bearing serial number GB004857M.

WHEREAS, publication of notice is not required pursuant to Rule G(4)(a) of the Supplemental Rules for Admiralty or Maritime and Asset Forfeiture Claims as the property is of *de minimus* value and publication will exceed the property's value; and,

WHEREAS, the Court finds that defendant Joseph Scott Holcomb has an interest in the firearm that is subject to forfeiture pursuant to Title 18, United States Code, Section 924 and Title 28, United States Code, Section 2461(c). The United States has established the requisite nexus between such firearm in the commission of the violation of Title 18, United States Code, Section 922(g)(3).

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the motion for final order of forfeiture (doc. no. 51) is granted as follows:

1.   The following firearm is hereby forfeited to the United States pursuant to Title 18, United States Code, Section 924 and Title 28, United States Code, Section 2461(c):

> a Henry Repeating Arms, Model .22 Magnum, .22 caliber rifle, bearing serial number GB004857M.

2.   All right, title and interest to the firearm described above is hereby condemned, forfeited and vested in the United States and shall be disposed of according to law;

3.   The United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Order; and

4.   The Clerk of the Court shall forward two certified copies of this Order to the United States Attorney's Office.

SO ORDERED this the 10th day of September, 2008.

          /s/ Myron H. Thompson
     UNITED STATES DISTRICT JUDGE